**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on May 18, 2022**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 21-MJ-478** |
| | : | |
| **MIKEALE FRAZIER,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 2251(a)** |
| Defendant. | : | **(Sexual Exploitation of a Minor)** |
| | : | |
| | : | **FORFEITURE ALLEGATION:** |
| | : | **18 U.S.C. § 2253 and 21 U.S.C. § 853(p)** |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about April 13, 2021, within the District of Columbia and elsewhere, the defendant, **MIKEALE FRAZIER**, did knowingly employ, use, persuade, induce, entice, and coerce any minor, specifically Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the

visual depiction has been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate or foreign commerce.

(**Sexual Exploitation of a Minor**, in violation of Title 18, United States Code, Section 2251(a))

## FORFEITURE ALLEGATION

1.     Upon conviction of the offenses alleged in Count One, the defendant, **MIKEALE FRAZIER**, shall forfeit to the United States any and all matters which contain visual depictions of minors engaged in sexually explicit conduct in violation of the charged offenses; any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations.

2.     If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

- a.     cannot be located upon the exercise of due diligence;

- b.     has been transferred or sold to, or deposited with, a third party;

- c.     has been placed beyond the jurisdiction of the Court;

- d.     has been substantially diminished in value; or

- e.     has been commingled with other property that cannot be divided without difficulty;

2

the defendant shall forfeit to the United States any other property of the defendant, up to the value

of the property described above.

> (**Criminal Forfeiture**, pursuant to Title 21, United States Code, Section 853(p) and Title 18, United States Code, Section 2253)

A TRUE BILL:

FOREPERSON.

Matthew M Graves  by AEL

Attorney of the United States in
and for the District of Columbia.

3